**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Orozco, | ) CV 05-959 PHX NVW |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Maricopa County Sheriff's Office, | ) |
| Defendant. | ) |
| | ) |

Plaintiff has filed a Motion to Dismiss on August 23, 2005, (doc. # 12), in which he requests to voluntarily dismiss his complaint.  Under Rule 41(a)(1), Fed. R. Civ. P., a plaintiff may voluntarily dismiss his complaint without leave of the court before an answer or a motion for summary judgment has been served.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

DATED this 7th day of October, 2005.

_____
Neil V. Wake
United States District Judge